**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Augusta, Georgia
By jpayton at 10:54 am, Mar 08, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Case |
| | ) | Number <u>11-11085</u> |
| JIMMY L. STANLEY | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## OPINION AND ORDER

Motion to Transfer Case pursuant to Rule 1014 filed by Debtor, Jimmy L. Stanley, having been read and considered is denied. Vickie Stanley[1] is not an affiliate and therefore a change of venue pursuant to Federal Rule of Bankruptcy Procedure 1014(b) is inappropriate. <u>See</u> 11 U.S.C. 101(2); Fed. R. Bank. P. 1014(b). <u>See</u> <u>In re Feltman</u>, 285 B.R. 82 (Bankr. D.C. 2002) <u>but see</u> <u>In re: Dececco</u>, 224 B.R. 2002 (Bankr. M.D. Fla. 1998). Notwithstanding the foregoing 28 U.S.C. §1412 allows the Bankruptcy Court for the Southern District of Ohio to transfer Ms. Stanley's bankruptcy to this Court if such transfer is "in the interest of justice or for the convenience of the parties." 28 U.S.C. §1412.

---

[1] While acknowledging this is a chapter 7 bankruptcy the Court notes Ms. Stanley has filed opposition to Debtor's motion. Dckt. No. 56.

For these reasons, the Motion to Transfer Case is ORDERED denied.

_____
SUSAN D. BARRETT
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated at Augusta, Georgia

this 7th day of March 2013.

AO 72A
(Rev. 8/82)